IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHAUNNA CROCKER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION 04-0184-WS-B |
| | ) |
| CITY OF FAIRHOPE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the defendant's motion in limine to preclude testimony by plaintiffs' witness Brenda Wells. (Doc. 82).[1] The defendant offers three reasons for this request: (1) Wells was not identified prior to the plaintiffs' Rule 26(a)(3) disclosures; (2) her address and telephone number are not given; and (3) the subject matter of her testimony is not given.

A review of the defendant's submissions reveals that the plaintiffs did in fact identify Wells in their initial disclosures pursuant to Rule 26(a)(1). (Doc. 87, Exhibit D at 1-2). The disclosures included Wells' contact information and the subject matter of her testimony. Accordingly, the defendant's motion to preclude testimony by Wells is **denied**.

DONE and ORDERED this 4th day of May, 2005.

> s/ WILLIAM H. STEELE
> UNITED STATES DISTRICT JUDGE

---

[1] Although identified simply as "Wells" in the defendant's motion, her first name is given in the subsequently filed joint pretrial document. (Doc. 84).