# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **SHAUNNA CROCKER, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION 04-0184-WS-B |
| | ) |
| **CITY OF FAIRHOPE, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

     This matter is set for a hearing under the "rape shield" provisions of Federal Rule of Evidence 412. Pursuant to that rule, the hearing must be conducted "in camera." *Id*. Rule 412(c)(2). Accordingly, the hearing will take place in chambers on May 20, 2005 at 2:00 p.m. Counsel are **ordered** to appear at 1:30 p.m. to address issues concerning the conduct of the hearing.

     DONE and ORDERED this 18th day of May, 2005.

                                                s/ WILLIAM H. STEELE
                                                UNITED STATES DISTRICT JUDGE