IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SHAUNNA CROCKER, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION 04-0184-WS-B |
| | ) |
| **CITY OF FAIRHOPE, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

In light of the hearing conducted May 20, 2005, the defendant's motion to file a reply brief, (Doc. 113), is **moot**. In light of the plaintiffs' withdrawal at the hearing of exhibits 2-8 and 13, the defendant's motion to strike certain of those exhibits, (Doc. 116), is **moot**. The defendant's motion to strike exhibit 11 is **granted**, without prejudice to the plaintiffs' ability to use excerpts from the deposition in accordance with the Federal Rules of Civil Procedure and orders and rules of this Court. The defendant's motion to strike exhibit 14 is **denied**, without prejudice to the defendant's ability to reassert his motion should the videotape prove to be other than the one in his possession.

DONE and ORDERED this 23rd day of May, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE