IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SHAUNNA CROCKER, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION 04-0184-WS-B |
| | ) |
| **CITY OF FAIRHOPE, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

This matter is before the Court on the defendant Chad Little's motion to substitute counsel. (Doc. 132). Substitute counsel has now filed a notice of appearance. (Doc. 134). Accordingly, the motion to substitute, construed as a motion to withdraw as counsel, is **granted**.

DONE and ORDERED this 29th day of June, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE